IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE WYSS OLSON, | No. C 11-1015 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC., *et al.*, | |
| Defendants. | |

*Pro se* plaintiff Jane Olson has filed a request to dismiss this case. Pursuant to Federal Rule of Civil Procedure 41(a) the Court GRANTS the request and dismisses this case without prejudice. (Docket No. 10).

**IT IS SO ORDERED.**

Dated: April 7, 2011

SUSAN ILLSTON
United States District Judge